UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                                8:10-cr-241-T-33TBM

JOSE MARIO MARTIN
_____/

**ORDER**

This matter comes before the Court for consideration of Defendant Martin's Motion in Limine (Doc. # 35). The Government filed a Response in Opposition thereto (Doc. # 41).

Defendant Martin seeks an order pursuant to Fed. R. Evid. 403 instructing the attorney for the Government and any witness called to testify for the Government or any defendant from making any direct or indirect mention at trial that:

1. The person of any defendant, the boat the defendants were seized in, clothing or any tangible evidence seized or collected by the United States Coast Guard tested positive for the presence of cocaine or methamphetamine.
2. Any ammunition was seized or collected during the investigation that led to the arrests of the defendants in this case.

For the reasons stated in the Government's response and in light of the facts and circumstances, this Court finds that the

probative value of the evidence is not substantially outweighed by the danger of unfair prejudice.  Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

Defendant Martin's Motion in Limine (Doc. # 35) is **DENIED.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 26th day of August, 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record